```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEITH WHITTAKER,

                Petitioner,

-against-

MHR FUND MANAGEMENT LLC, MHR INSTITUTIONAL ADVISORS II LLC, AND MHR INSTITUTIONAL ADVISORS III LLC,

                Respondents.

20 Civ. 7599 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      A petition to vacate, modify, or confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006); *see also ICC Chem. Corp. v. Nordic Tankers Trading A/S*, 186 F. Supp. 3d 296, 299–300 (S.D.N.Y. 2016). The parties must therefore move in accordance with Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1 of the Southern District of New York. Accordingly, by **December 14, 2020**, the parties shall exchange 56.1 statements. By **December 22, 2020**, the parties shall file on the docket their 56.1 statements and responses.

      SO ORDERED.

Dated: December 4, 2020
       New York, New York

                                        ANALISA TORRES
                                     United States District Judge