# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

KEITH WHITTAKER,

                      Petitioner,                          20 **CIVIL** 7599 (AT)

                  -against-                               **JUDGMENT**

MHR FUND MANAGEMENT LLC, MHR
INSTITUTIONAL ADVISORS II LLC, AND
MHR INSTITUTIONAL ADVISORS III LLC,

                      Respondents.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 28, 2021, the Petition is DISMISSED. MHR's motion to confirm the PFA and Sanctions Award is GRANTED. MHR's supplemental motion to confirm the Final Award is GRANTED. Judgment is entered against Petitioner in the amounts of (1) $1,574,627.00 plus 9.0% pre-judgment interest from July 19, 2018, to the date of judgment in the amount of $453,104.31; (2) $593,797.50 plus 9.0% pre-judgment interest from July 30, 2018, to the date of judgment in the amount of $169,256.69; (3) $384,807.69, plus 9.0% pre-judgment interest from May 1, 2020, to the date of judgment in the amount of $48,865.31. Judgment is also entered against Petitioner in the amount of $121,190.19 in attorneys' fees, plus 9.0% pre-judgment interest from November 3, 2020, to the date of judgment, in the amount of $9,831.35; plus, post-judgment interest at the statutory rate on each of the foregoing from the date of this judgment; accordingly, the case is closed.

**Dated:**  New York, New York
September 28, 2021

                                      **RUBY J. KRAJICK**
                                      **Clerk of Court**
**BY:** _/s/ David J. Thomas_
                                      **Deputy Clerk**